## EDWARDS ET AL. *v.* RYAN ET AL.

AFFIDAVIT IN SUPPORT OF APPLICATION FOR CERTIORARI.—An affidavit
made in support of an application to the Supreme Court for a writ of cer-
tiorari to the County Court, must set forth the reason, if any, why the
application was not made to the District Court, or to the Judge thereof.

APPLICATION to the Supreme Court for a writ of certiorari
to review proceedings of the County Court of Santa Clara
County.

*Houghton & Reynolds*, for Applicant.

By the COURT:

The application here is for a writ of certiorari to the
County Court of Santa Clara County. The affidavit upon
which it is founded does not conform to the thirty-seventh
rule of practice of this Court, in that it omits to set forth
any reason why the application for the writ was not made to
the District Court of the Twentieth Judicial District in and
for the County of Santa Clara (Code of Civil Procedure,
Sec. 57, Subd. 5), or to the Judge of that Court. (Id. Sec.
1108.)

Motion denied.